IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30413
(Summary Calendar)
_____


EDWARD GATSON,

Plaintiff-Appellant,

versus

WHITAKER CONSTRUCTION CO., INC.; LOCAL
692 LABOR INTERNATIONAL UNION; RONALD
DOLLARS; PAT THOMAS; JOESH CONNER; ROBERT
WHITAKER; CHARLES WHITAKER; BETTY GUY;
KIM SANDER; SUE SLUSER; C.C. ODOM; HAROLD
ELKINS; MEMPHIS JOHNSON,

Defendants-Appellees,


--------------------
Appeal from the United States District Court
for the Western District of Louisiana
(00-CV-46)
--------------------
July 18, 2000

Before POLITZ, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

Proceeding pro se and in forma pauperis, Plaintiff-Appellant Edward Gatson seeks reversal of the district court's judgment dismissing Gatson's complaint as frivolous pursuant to 28 U.S.C. § 1915(e). We have carefully reviewed the record on appeal in light of the Report and Recommendation of the magistrate judge

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

relied on by the district court in reaching its determination to dismiss Gatson's action. We are convinced from our review that no reversible error was committed and that the judgment of the district court should be, and therefore is, in all respects, AFFIRMED.